IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 11 |
|---|---|
| CHICAGOLAND CONSERVATIVE JEWISH HIGH SCHOOL FOUNDATION, | Case No. 11-19342 |
| Debtor. | Hon. Judge Sonderby |

## FINAL DECREE CLOSING CHAPTER 11 CASES

Upon the motion (the "*Motion*")[1] of Chicagoland Conservative Jewish High School Foundation, the reorganized debtor in the above-captioned case (the "*Reorganized Debtor*"), for entry of an order and final decree closing this Chapter 11 Case pursuant to sections 105(a) and 350 of title 11 of the United States Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1; and it appearing that proper notice was given in accordance with the Motion; and it appearing that no other or further notice is necessary; and the relief requested in the Motion being in the best interest of the Reorganized Debtor and its estate; and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED and DECREED that:

1. The Motion is granted as provided herein.

2. Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Chapter 11 Case shall be, and hereby is, closed.

3. To the extent not already paid, any fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a) shall be paid within fifteen (15) days of entry of this final decree.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 1 -

4. In the event the Reorganized Debtor reopens this case, the U.S. Trustee shall retain all rights and privileges under 28 U.S.C. § 1930(a)(6).

5. The Garden City Group, Inc. ("*GCG*"), the Debtor's claims and balloting agent, shall have no further obligations (arising out of the retention agreement or otherwise) to the Court, the Debtor, or any party in interest with respect to this case. Within thirty (30) days of entry of this order and final decree, GCG shall forward to the Clerk of the Court (a) an updated list of creditors in .txt format, (b) an updated Fed. R. Bankr. P. 2002 notice list in .txt format, (c) a final claims register in both alphabetical and numerical order in paper and .pdf format, and (d) all original proofs of claim. GCG is authorized to deactivate the public case administration website and close the post office box dedicated to receiving mail in these cases. GCG shall retain all pertinent emails, facsimiles, and other electronic transmissions received by GCG in these cases for a period of one (1) year following entry of this order and final decree, after which time GCG, in its discretion, may delete such emails, facsimiles, and other electronic transmissions.

6. The closing of this Chapter 11 Case will in no way prejudice a claimant's rights to receive distributions under the Plan to the extent such claimant's claim is ultimately allowed, nor will the closing of this Chapter 11 Case otherwise alter or modify the terms of the Plan.

7. This Court shall retain jurisdiction to construe and enforce the terms of the this order and final decree.

Dated: January 31, 2011

United States Bankruptcy Judge

- 2 -