# Claims Registers Numerical Order

BNK01
BNK01001

Page 1 of 11
05-Feb-12 9:53 AM

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 1 Filed Date: 05/12/2011 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: WELLS FARGO FINANCIAL LEASING INC<br>800 WALNUT STREET<br>MAC F4031-050<br>DES MOINES IA 50309 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| | | Unsecured | $95,597.09 | $0.00 |
| | | Total | $95,597.09 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 2 Filed Date: 06/16/2011 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: FIRE & SECURITY SYSTEMS, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>516 W CAMPUS DRIVE<br>ARLINGTON HEIGHTS IL 60004 | Admin | | |
| | | Secured | $1,600.00 | $0.00 |
| | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $1,600.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 3 Filed Date: 06/17/2011 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: GILL ATHLETICS,INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 1790<br>CHAMPAIGN IL 61824-1790 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| | | Unsecured | $54.73 | $0.00 |
| | | Total | $54.73 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 4 Filed Date: 06/18/2011 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | $3,000.00 (Unliquidated) | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $3,000.00 (Unliquidated) | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 5 Filed Date: 06/22/2011 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: DAVID H GREENSTEIN<br>430 SANDY LANE<br>WILMETTE IL 60091 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| | | Unsecured | $25,000.00 | $0.00 |
| | | Total | $25,000.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01001

Page 2 of 11
05-Feb-12  9:53 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

---

**Claim No: 6**
**Filed Date:** 06/22/2011
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* JACK PAUL TTEE
JACK PAUL TRUST U/A 12/5/90
PO BOX 221
SKOKIE IL 60076-0221

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $25,000.00 | $0.00 |
| Total | $25,000.00 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 7**
**Filed Date:** 06/22/2011
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* J KENT PEPPER & MARTHA N PEPPER
1812 VERRAZZANO DRIVE
WILMINGTON NC 28405

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $50,000.00 | $0.00 |
| Total | $50,000.00 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 8**
**Filed Date:** 06/23/2011
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* NORMAN KAPLAN & CHARLOTTE KAPLAN
7515 PELICAN BAY BLVD
APT 2H
NAPLES FL 34108-6619

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $50,000.00 | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $50,000.00 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 9**
**Filed Date:** 06/23/2011
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* NEIL O SCHLIGMANN TRUST U/A 3/8/96
NEIL & MARGARET SCHLIGMANN TRUSTEES
3420 ESTES ST
WHEAT RIDGE CO 80033-5931

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $25,731.25 | $0.00 |
| Total | $25,731.25 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 10**
**Filed Date:** 06/23/2011
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* STEPHEN YOUNG
10440 CANOE BROOK CIRCLE
BOCA RATON FL 33498

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $5,000.00 (Unliquidated) | $0.00 |
| Total | $5,000.00 (Unliquidated) | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01001

Page 3 of 11
05-Feb-12 9:53 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

**Claim No: 11**
Filed Date: 06/24/2011
Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: COMMONWEALTH EDISON CO
ATTN: BANKRUPTCY SECTION
3 LINCOLN CENTER
OAKBROOK TERRACE IL 60181

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $4,425.86 | $0.00 |
| Total | $4,425.86 | $0.00 |

Amends Claim No(s):
Amended By Claim No:
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 12**
Filed Date: 06/25/2011
Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: PAUL D BERKLEY TRUST U/IL DTD 12-1-67
BILL D BERKLEY TRUSTEE
418 ROSS ST
DOWNS KS 67437

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $10,636.10 (Unliquidated) | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $10,636.10 (Unliquidated) | $0.00 |

Amends Claim No(s):
Amended By Claim No:
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 13**
Filed Date:

**CLAIM NUMBER VOIDED**

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | |
| Unsecured | | |
| Total | | |

Amends Claim No(s):
Amended By Claim No:
Note:

---

**Claim No: 14**
Filed Date: 06/25/2011
Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: NICOR GAS BILL PAYMENT CENTER
P.O.BOX 0632
AURORA IL 60507-0632

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $336.27 | $0.00 |
| Total | $336.27 | $0.00 |

Amends Claim No(s):
Amended By Claim No:
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 15**
Filed Date: 06/27/2011
Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: IRIS A WOLF TRUST
C/O IRIS A WOLF
3851 N MISSION HILLS RD
APT #303
NORTHBROOK IL 60062

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $25,000.00 | $0.00 |
| Total | $25,000.00 | $0.00 |

Amends Claim No(s):
Amended By Claim No:
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01001

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 16 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: CHARLES L SPRINGFIELD REV TRUST C/O CHARLES L SPRINGFIELD, TTEE 812 EASTVIEW AVENUE DELRAY BEACH FL 33483 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 06/27/2011 | | Unsecured | $30,000.00 | $0.00 |
| | | Total | $30,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 17 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: MILTON DILLER 100 E HURON ST, #3401 CHICAGO IL 60611-2938 | Admin | | |
| | | Secured | $50,000.00 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 06/30/2011 | | Unsecured | | $0.00 |
| | | Total | $50,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 18 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: WELLS FARGO BANK NATIONAL ASSOCIATION (AS MASTER TRUSTEE) C/O SCHIFF HARDIN LLP ATTN: RICK FRIMMER 233 S WACKER DRIVE, SUITE 6600 CHICAGO IL 60606 | Admin | | |
| | | Secured | $29,975,795.33 (Unliquidated) | |
| | | Priority | | |
| Filed Date: 06/30/2011 | | Unsecured | Unliquidated | |
| | | Total | $29,975,795.33 (Unliquidated) | |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Potential discrepancy on the face of the claim

| Claim No: 19 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: RUDOLPH M KLANSECK 115 MANSEAU DR FOLSOM CA 95630 | Admin | | |
| | | Secured | $39,055.67 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 06/30/2011 | | Unsecured | | $0.00 |
| | | Total | $39,055.67 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 20 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: JEFFREY A KRIEZELMAN & ASSOCIATES ATTN: JEFFREY A KRIEZELMAN, ESQ 20 NORTH CLARK SUITE 725 CHICAGO IL 60601 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 07/01/2011 | | Unsecured | $37,100.00 | $0.00 |
| | | Total | $37,100.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

Case 11-19342   Doc 179   Filed 08/21/15   Entered 08/21/15 14:11:53   Desc Main
Document   Page 6 of 12

BNK01
BNK01001
Page 5 of 11
05-Feb-12   9:53 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 21 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: KONE, INC<br>PO BOX 429<br>MOLINE IL 61266 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date:<br>07/01/2011 | | Unsecured | $475.58 | |
| | | Total | $475.58 | |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note:

| Claim No: 22 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: TASC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2302 INTERNATIONAL DRIVE<br>MADISON WI 53074 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/01/2011 | | Unsecured | $105.45 | $0.00 |
| | | Total | $105.45 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 23 | CLAIM NUMBER VOIDED | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date: | | Unsecured | | |
| | | Total | | |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note:

| Claim No: 24 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: LETHA MAE GILHAM REVOCABLE TRUST<br>C/O LETHA MAE GILHAM<br>219 CAMBRIDGE DRIVE<br>PRATT KS 67124 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/01/2011 | | Unsecured | $21,200.00 | $0.00 |
| | | Total | $21,200.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 25 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: LOUIS BOURJAILY JR<br>110 51ST STREET<br>WESTERN SPRINGS IL 60558-1901 | Admin | $100,700.00 | |
| | | Secured | $95,000.00 (Unliquidated) | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/01/2011 | | Unsecured | | $0.00 |
| | | Total | $195,700.00 (Unliquidated) | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 26 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: JUDITH TULLMAN<br>1118 WEST DRUMMOND PL<br>CHICAGO IL 60614 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | $19,262.00 | $0.00 |
| | | Total | $19,262.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 27 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: WILLIAM B & ELINOR W KLINE<br>2040 HONEYSUCKLE CT<br>BOWLING GREEN KY 42104 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | $24,308.70 | $0.00 |
| | | Total | $24,308.70 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 28 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: MARLENE GOLDBERG<br>2664 CEDAR GREEN<br>MINNETONKA MN 55305 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | $20,000.00 | $0.00 |
| | | Total | $20,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 29 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: MARK LAINER & ELEANOR LAINER JT/WROS<br>C/O MARK LAINER<br>17527 MAGNOLIA BLVD<br>ENCINO CA 91316 | Admin | | |
| | | Secured | $50,000.00 (Unliquidated) | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | | $0.00 |
| | | Total | $50,000.00 (Unliquidated) | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 30 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: LUIS LAINER & LEE F LAINER JT/WROS<br>C/O LUIS LAINER<br>16216 KITTRIDGE STREET<br>VAN NUYS CA 91406 | Admin | | |
| | | Secured | $50,000.00 (Unliquidated) | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | | $0.00 |
| | | Total | $50,000.00 (Unliquidated) | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

Case 11-19342   Doc 179   Filed 08/21/15   Entered 08/21/15 14:11:53   Desc Main
Document      Page 8 of 12

BNK01
BNK01001

Page 7 of 11
05-Feb-12  9:53 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 31 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: ROBERT & JUDITH GOLDBERG<br>7034 ALEXANDER DRIVE<br>DALLAS TX 75214 | Admin | | |
| | | Secured | $100,000.00 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | | $0.00 |
| | | Total | $100,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 32 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: GRUNDSTROM LANDSCAPE MAINTENANCE<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>22076 W. IL ROUTE 176<br>MUNDELEIN IL 60060-9136 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | $1,228.57 | $0.00 |
| | | Total | $1,228.57 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 33 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: WELLS FARGO BANK, N.A.<br>AS TRUSTEE<br>625 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55479 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | $50,000.00 | $0.00 |
| | | Total | $50,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 34 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: INVESCO VAN KAMPEN HIGH YIELD<br>MUNICIPAL FUND<br>C/O INVESCO INVESTMENT SERVICES, INC.<br>ATTN: LEGAL DEPT<br>11 GREENWAY PLAZA, SUITE 2500<br>HOUSTON TX 77046 | Admin | | |
| | | Secured | $6,625,000.00 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | | $0.00 |
| | | Total | $6,625,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 35 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: INVESCO VAN KAMPEN MUNICIPAL TRUST<br>C/O INVESCO INVESTMENT SERVICES, INC.<br>ATTN: LEGAL DEPT<br>11 GREENWAY PLAZA, SUITE 2500<br>HOUSTON TX 77046 | Admin | | |
| | | Secured | $1,000,000.00 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/05/2011 | | Unsecured | | $0.00 |
| | | Total | $1,000,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

Case 11-19342   Doc 179   Filed 08/21/15   Entered 08/21/15 14:11:53   Desc Main
Document   Page 9 of 12

BNK01
BNK01001
Page 8 of 11
05-Feb-12  9:53 AM

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| | | | |
|---|---|---|---|
| **Claim No: 36** | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | |
| | **Creditor:** INVESCO VAN KAMPEN HIGH YIELD MUNICIPAL FUND<br>C/O INVESCO INVESTMENT SERVICES INC<br>ATTN: LEGAL DEPT<br>11 GREENWAY PLAZA, SUITE 2500<br>HOUSTON TX 77046 | | |
| **Filed Date:** 07/05/2011 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $1,000,000.00 | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $1,000,000.00 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

| | | | |
|---|---|---|---|
| **Claim No: 37** | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | |
| | **Creditor:** MIDWEST MOTOR COACH<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 514<br>GURNEE IL 60031 | | |
| **Filed Date:** 07/05/2011 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $4,952.51 | $0.00 |
| Total | $4,952.51 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

| | | | |
|---|---|---|---|
| **Claim No: 38** | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | |
| | **Creditor:** STEVEN SAFRAN<br>1915 WATERCRESS WAY<br>HIGHLAND PARK IL 60035 | | |
| **Filed Date:** 07/05/2011 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $50,000.00 | $0.00 |
| Total | $50,000.00 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

| | | | |
|---|---|---|---|
| **Claim No: 39** | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | |
| | **Creditor:** CATHY AND STEVEN COHEN | | |
| **Filed Date:** 07/05/2011 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | $1,000.00 | $0.00 |
| Unsecured | | $0.00 |
| Total | $1,000.00 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

| | | | |
|---|---|---|---|
| **Claim No: 40** | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | |
| | **Creditor:** MATTHEW A SPAGAT CENTRAL INV TR<br>C/O MATTHEW A SPAGAT<br>305 WOODLAND RD<br>HIGHLAND PARK IL 60035-5054 | | |
| **Filed Date:** 07/05/2011 | | | |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $100,000.00 | $0.00 |
| Total | $100,000.00 | $0.00 |

*Amends Claim No(s):*   *Amended By Claim No:*

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| **Claim No: 41** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Admin | | |
| | *Creditor:* CHARLES I & WILMA P HUMMERT TTEES | Secured | | $0.00 |
| | CHARLES I & WILMA P HUMMERT TRUST | Priority | | $0.00 |
| *Filed Date:* | 5620 NW NORTHBORO DRIVE | Unsecured | $5,000.00 | $0.00 |
| 07/06/2011 | TOPEKA KS 66618-3128 | Total | $5,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |
| **Claim No: 42** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Admin | | |
| | *Creditor:* ELISE J NADLER TRUSTEE | Secured | | $0.00 |
| | FBO ELISE NADLER TRUST | Priority | | $0.00 |
| *Filed Date:* | 1699 ANNAPOLIS DRIVE | Unsecured | $25,000.00 | $0.00 |
| 07/06/2011 | GLENVIEW IL 60026 | Total | $25,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |
| **Claim No: 43** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Admin | | |
| | *Creditor:* THE PROPHET CORP DBA GOPHER SPORT | Secured | | $0.00 |
| | C/O GOPHER SPORT | Priority | | $0.00 |
| *Filed Date:* | PO BOX 998 | Unsecured | $540.09 | $0.00 |
| 05/31/2011 | OWATONNA MN 55060 | Total | $540.09 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |
| **Claim No: 44** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Admin | | |
| | *Creditor:* HARTFORD FIRE INSURANCE COMPANY | Secured | | $0.00 |
| | BANKRUPTCY UNIT, T-1-55 | Priority | | $0.00 |
| *Filed Date:* | HARTFORD PLAZA | Unsecured | Unliquidated | $0.00 |
| 06/27/2011 | HARTFORD CT 06115 | Total | Unliquidated | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |
| **Claim No: 45** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Admin | | |
| | *Creditor:* CIT TECHNOLOGY FINANCING SERVICES INC | Secured | | $0.00 |
| | C/O WELTMAN WEINBERG & REIS CO | Priority | | $0.00 |
| *Filed Date:* | 175 S THIRD ST, SUITE 900 | Unsecured | $2,301.92 | $0.00 |
| 06/07/2011 | COLUMBUS OH 43215 | Total | $2,301.92 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| *Note:* Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |

BNK01
BNK01001

Page 10 of 11
05-Feb-12  9:53 AM

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 46 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: DORIS CORT<br>18 STUYVESANT OVAL APT 2E<br>NEW YORK NY 10009 | Admin | | |
| | | Secured | $25,000.00 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/07/2011 | | Unsecured | $1,515.00 | $0.00 |
| | | Total | $26,515.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 47 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: THELMA R TASH FAMILY TR<br>C/O RALPH TASH SUCCESSOR TTEE<br>70-800 TAMARISK LANE<br>RANCHO MIRAGE CA 92270 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/09/2011 | | Unsecured | Unliquidated | $0.00 |
| | | Total | Unliquidated | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 48 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: CARL D WALTER & DOROTHY L WALTER<br>8543 S LAKE SHORE DRIVE<br>ROGERS AR 72756 | Admin | | |
| | | Secured | $10,000.00 | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>07/25/2011 | | Unsecured | | $0.00 |
| | | Total | $10,000.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 49 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date:<br>09/29/2011 | | Unsecured | $0.00 | $0.00 |
| | | Total | $0.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 50 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: JFMC FACILITIES CORPORATION<br>30 S WELLS STREET<br>CHICAGO IL 60606 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date:<br>10/18/2011 | | Unsecured | $32.10 | |
| | | Total | $32.10 | |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note:

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| | | | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|---|
| | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | | | | |
| Claim No: 51 | *Creditor:* | JEWISH UNITED FUND OF METROPOLITAN CHICAGO 30 S WELLS STREET CHICAGO IL 60606 | Admin | | |
| | | | Secured | | |
| | | | Priority | | |
| *Filed Date:* 10/18/2011 | | | Unsecured | $3,910.60 | |
| | | | Total | $3,910.60 | |
| | *Amends Claim No(s):* | | *Amended By Claim No:* | | |
| *Note:* | | | | | |