# Claims Registers

# Alphabetical Order

BNK01  
BNK01004

Page 1 of 11  
05-Feb-12  9:56 AM

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 48 | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Creditor:* CARL D WALTER & DOROTHY L WALTER<br>8543 S LAKE SHORE DRIVE<br>ROGERS AR 72756 | Admin | | |
| | | Secured | $10,000.00 | $0.00 |
| | | Priority | | $0.00 |
| *Filed Date:* 07/25/2011 | | Unsecured | | $0.00 |
| | | Total | $10,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 39 | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Creditor:* CATHY AND STEVEN COHEN | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | $1,000.00 | $0.00 |
| *Filed Date:* 07/05/2011 | | Unsecured | | $0.00 |
| | | Total | $1,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 41 | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Creditor:* CHARLES I & WILMA P HUMMERT TTEES<br>CHARLES I & WILMA P HUMMERT TRUST<br>5620 NW NORTHBORO DRIVE<br>TOPEKA KS 66618-3128 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| *Filed Date:* 07/06/2011 | | Unsecured | $5,000.00 | $0.00 |
| | | Total | $5,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 16 | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Creditor:* CHARLES L SPRINGFIELD REV TRUST<br>C/O CHARLES L SPRINGFIELD, TTEE<br>812 EASTVIEW AVENUE<br>DELRAY BEACH FL 33483 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| *Filed Date:* 06/27/2011 | | Unsecured | $30,000.00 | $0.00 |
| | | Total | $30,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 45 | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | *Creditor:* CIT TECHNOLOGY FINANCING SERVICES INC<br>C/O WELTMAN WEINBERG & REIS CO<br>175 S THIRD ST, SUITE 900<br>COLUMBUS OH 43215 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| *Filed Date:* 06/07/2011 | | Unsecured | $2,301.92 | $0.00 |
| | | Total | $2,301.92 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 13 | CLAIM NUMBER VOIDED | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date: | | Unsecured | | |
| | | Total | | |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note:

| Claim No: 23 | CLAIM NUMBER VOIDED | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date: | | Unsecured | | |
| | | Total | | |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note:

| | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| Claim No: 11 | Creditor: COMMONWEALTH EDISON CO | Admin | | |
| | ATTN: BANKRUPTCY SECTION | Secured | | $0.00 |
| | 3 LINCOLN CENTER | Priority | | $0.00 |
| | OAKBROOK TERRACE IL 60181 | | | |
| Filed Date: 06/24/2011 | | Unsecured | $4,425.86 | $0.00 |
| | | Total | $4,425.86 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| Claim No: 5 | Creditor: DAVID H GREENSTEIN | Admin | | |
| | 430 SANDY LANE | Secured | | $0.00 |
| | WILMETTE IL 60091 | Priority | | $0.00 |
| Filed Date: 06/22/2011 | | Unsecured | $25,000.00 | $0.00 |
| | | Total | $25,000.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| Claim No: 49 | Creditor: DEPARTMENT OF THE TREASURY - IRS | Admin | | |
| | INTERNAL REVENUE SERVICE | Secured | | $0.00 |
| | PO BOX 7346 | Priority | | $0.00 |
| | PHILADELPHIA PA 19101-7346 | | | |
| Filed Date: 09/29/2011 | | Unsecured | $0.00 | $0.00 |
| | | Total | $0.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01  
BNK01004

Page 3 of 11  
05-Feb-12   9:56 AM

# U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 4 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>06/18/2011 | | Priority | $3,000.00 (Unliquidated) | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $3,000.00 (Unliquidated) | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 46 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: DORIS CORT<br>18 STUYVESANT OVAL APT 2E<br>NEW YORK NY 10009 | Admin | | |
| | | Secured | $25,000.00 | $0.00 |
| Filed Date:<br>07/07/2011 | | Priority | | $0.00 |
| | | Unsecured | $1,515.00 | $0.00 |
| | | Total | $26,515.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 42 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: ELISE J NADLER TRUSTEE<br>FBO ELISE NADLER TRUST<br>1699 ANNAPOLIS DRIVE<br>GLENVIEW IL 60026 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>07/06/2011 | | Priority | | $0.00 |
| | | Unsecured | $25,000.00 | $0.00 |
| | | Total | $25,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 2 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: FIRE & SECURITY SYSTEMS, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>516 W CAMPUS DRIVE<br>ARLINGTON HEIGHTS IL 60004 | Admin | | |
| | | Secured | $1,600.00 | $0.00 |
| Filed Date:<br>06/16/2011 | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $1,600.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 3 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: GILL ATHLETICS, INC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 1790<br>CHAMPAIGN IL 61824-1790 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>06/17/2011 | | Priority | | $0.00 |
| | | Unsecured | $54.73 | $0.00 |
| | | Total | $54.73 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01004

Page 4 of 11
05-Feb-12  9:56 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 32 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: GRUNDSTROM LANDSCAPE MAINTENANCE ATTN: PRESIDENT OR GENERAL COUNSEL 22076 W. IL ROUTE 176 MUNDELEIN IL 60060-9136 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date: 07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | $1,228.57 | $0.00 |
| | | Total | $1,228.57 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 44 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: HARTFORD FIRE INSURANCE COMPANY BANKRUPTCY UNIT, T-1-55 HARTFORD PLAZA HARTFORD CT 06115 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date: 06/27/2011 | | Priority | | $0.00 |
| | | Unsecured | Unliquidated | $0.00 |
| | | Total | Unliquidated | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 36 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: INVESCO VAN KAMPEN HIGH YIELD MUNICIPAL FUND C/O INVESCO INVESTMENT SERVICES INC ATTN: LEGAL DEPT 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 | Admin | | |
| | | Secured | $1,000,000.00 | $0.00 |
| Filed Date: 07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $1,000,000.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 34 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: INVESCO VAN KAMPEN HIGH YIELD MUNICIPAL FUND C/O INVESCO INVESTMENT SERVICES, INC. ATTN: LEGAL DEPT 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 | Admin | | |
| | | Secured | $6,625,000.00 | $0.00 |
| Filed Date: 07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $6,625,000.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 35 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: INVESCO VAN KAMPEN MUNICIPAL TRUST C/O INVESCO INVESTMENT SERVICES, INC. ATTN: LEGAL DEPT 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 | Admin | | |
| | | Secured | $1,000,000.00 | $0.00 |
| Filed Date: 07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $1,000,000.00 | $0.00 |
| Amends Claim No(s): | | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

Case 11-19342   Doc 180   Filed 08/21/15   Entered 08/21/15 14:14:07   Desc Main
Document      Page 6 of 12

BNK01
BNK01004

Page  5  of  11
05-Feb-12  9:56 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| | | | | |
|---|---|---|---|---|
| Claim No: 15 | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | | |
| | **Creditor:** IRIS A WOLF TRUST<br>C/O IRIS A WOLF<br>3851 N MISSION HILLS RD<br>APT #303<br>NORTHBROOK IL 60062 | Class | Amount Claimed | Amount Allowed |
| | | Admin | | |
| | | Secured | | $0.00 |
| Filed Date: 06/27/2011 | | Priority | | $0.00 |
| | | Unsecured | $25,000.00 | $0.00 |
| | | Total | $25,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| **Note:** Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |

| | | | | |
|---|---|---|---|---|
| Claim No: 7 | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | | |
| | **Creditor:** J KENT PEPPER & MARTHA N PEPPER<br>1812 VERRAZZANO DRIVE<br>WILMINGTON NC 28405 | Class | Amount Claimed | Amount Allowed |
| | | Admin | | |
| | | Secured | | $0.00 |
| Filed Date: 06/22/2011 | | Priority | | $0.00 |
| | | Unsecured | $50,000.00 | $0.00 |
| | | Total | $50,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| **Note:** Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |

| | | | | |
|---|---|---|---|---|
| Claim No: 6 | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | | |
| | **Creditor:** JACK PAUL TTEE<br>JACK PAUL TRUST U/A 12/5/90<br>PO BOX 221<br>SKOKIE IL 60076-0221 | Class | Amount Claimed | Amount Allowed |
| | | Admin | | |
| | | Secured | | $0.00 |
| Filed Date: 06/22/2011 | | Priority | | $0.00 |
| | | Unsecured | $25,000.00 | $0.00 |
| | | Total | $25,000.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| **Note:** Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |

| | | | | |
|---|---|---|---|---|
| Claim No: 20 | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | | |
| | **Creditor:** JEFFREY A KRIEZELMAN & ASSOCIATES<br>ATTN: JEFFREY A KRIEZELMAN, ESQ<br>20 NORTH CLARK<br>SUITE 725<br>CHICAGO IL 60601 | Class | Amount Claimed | Amount Allowed |
| | | Admin | | |
| | | Secured | | $0.00 |
| Filed Date: 07/01/2011 | | Priority | | $0.00 |
| | | Unsecured | $37,100.00 | $0.00 |
| | | Total | $37,100.00 | $0.00 |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| **Note:** Expunged By Court Order Dated 12/06/11 (Docket #170) | | | | |

| | | | | |
|---|---|---|---|---|
| Claim No: 51 | **Claimed Debtor:** Chicagoland Conservative Jewish High School Foundation | | | |
| | **Creditor:** JEWISH UNITED FUND OF METROPOLITAN CHICAGO<br>30 S WELLS STREET<br>CHICAGO IL 60606 | Class | Amount Claimed | Amount Allowed |
| | | Admin | | |
| | | Secured | | |
| Filed Date: 10/18/2011 | | Priority | | |
| | | Unsecured | $3,910.60 | |
| | | Total | $3,910.60 | |
| | *Amends Claim No(s):* | *Amended By Claim No:* | | |
| **Note:** | | | | |

BNK01
BNK01004

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 50 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: JFMC FACILITIES CORPORATION<br>30 S WELLS STREET<br>CHICAGO IL 60606 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date: 10/18/2011 | | Unsecured | $32.10 | |
| | | Total | $32.10 | |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note:

| Claim No: 26 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: JUDITH TULLMAN<br>1118 WEST DRUMMOND PL<br>CHICAGO IL 60614 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 07/05/2011 | | Unsecured | $19,262.00 | $0.00 |
| | | Total | $19,262.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 21 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: KONE, INC<br>PO BOX 429<br>MOLINE IL 61266 | Admin | | |
| | | Secured | | |
| | | Priority | | |
| Filed Date: 07/01/2011 | | Unsecured | $475.58 | |
| | | Total | $475.58 | |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note:

| Claim No: 24 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: LETHA MAE GILHAM REVOCABLE TRUST<br>C/O LETHA MAE GILHAM<br>219 CAMBRIDGE DRIVE<br>PRATT KS 67124 | Admin | | |
| | | Secured | | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 07/01/2011 | | Unsecured | $21,200.00 | $0.00 |
| | | Total | $21,200.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 25 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: LOUIS BOURJAILY JR<br>110 51ST STREET<br>WESTERN SPRINGS IL 60558-1901 | Admin | $100,700.00 | |
| | | Secured | $95,000.00 (Unliquidated) | $0.00 |
| | | Priority | | $0.00 |
| Filed Date: 07/01/2011 | | Unsecured | | $0.00 |
| | | Total | $195,700.00 (Unliquidated) | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01004

Page 7 of 11
05-Feb-12   9:56 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report

### 11-19342 Chicagoland Conservative Jewish High School Foundation

General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

---

**Claim No: 30**
Filed Date: 07/05/2011

Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: LUIS LAINER & LEE F LAINER JT/WROS
C/O LUIS LAINER
16216 KITTRIDGE STREET
VAN NUYS CA 91406

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $50,000.00 (Unliquidated) | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $50,000.00 (Unliquidated) | $0.00 |

Amends Claim No(s):
Amended By Claim No:

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 29**
Filed Date: 07/05/2011

Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: MARK LAINER & ELEANOR LAINER JT/WROS
C/O MARK LAINER
17527 MAGNOLIA BLVD
ENCINO CA 91316

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $50,000.00 (Unliquidated) | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $50,000.00 (Unliquidated) | $0.00 |

Amends Claim No(s):
Amended By Claim No:

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 28**
Filed Date: 07/05/2011

Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: MARLENE GOLDBERG
2664 CEDAR GREEN
MINNETONKA MN 55305

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $20,000.00 | $0.00 |
| Total | $20,000.00 | $0.00 |

Amends Claim No(s):
Amended By Claim No:

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 40**
Filed Date: 07/05/2011

Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: MATTHEW A SPAGAT CENTRAL INV TR
C/O MATTHEW A SPAGAT
305 WOODLAND RD
HIGHLAND PARK IL 60035-5054

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $100,000.00 | $0.00 |
| Total | $100,000.00 | $0.00 |

Amends Claim No(s):
Amended By Claim No:

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 37**
Filed Date: 07/05/2011

Claimed Debtor: Chicagoland Conservative Jewish High School Foundation
Creditor: MIDWEST MOTOR COACH
ATTN: PRESIDENT OR GENERAL COUNSEL
PO BOX 514
GURNEE IL 60031

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | |
| Priority | | $0.00 |
| Unsecured | $4,952.51 | $0.00 |
| Total | $4,952.51 | $0.00 |

Amends Claim No(s):
Amended By Claim No:

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01004

Page 8 of 11
05-Feb-12  9:56 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

---

**Claim No: 17**
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* MILTON DILLER
100 E HURON ST, #3401
CHICAGO IL 60611-2938
*Filed Date:* 06/30/2011

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $50,000.00 | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $50,000.00 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 9**
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* NEIL O SCHLIGMANN TRUST U/A 3/8/96
NEIL & MARGARET SCHLIGMANN TRUSTEES
3420 ESTES ST
WHEAT RIDGE CO 80033-5931
*Filed Date:* 06/23/2011

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $25,731.25 | $0.00 |
| Total | $25,731.25 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 14**
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* NICOR GAS BILL PAYMENT CENTER
P.O. BOX 0632
AURORA IL 60507-0632
*Filed Date:* 06/25/2011

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | | $0.00 |
| Priority | | $0.00 |
| Unsecured | $336.27 | $0.00 |
| Total | $336.27 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 8**
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* NORMAN KAPLAN & CHARLOTTE KAPLAN
7515 PELICAN BAY BLVD
APT 2H
NAPLES FL 34108-6619
*Filed Date:* 06/23/2011

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $50,000.00 | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $50,000.00 | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

---

**Claim No: 12**
*Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation
*Creditor:* PAUL D BERKLEY TRUST U/IL DTD 12-1-67
BILL D BERKLEY TRUSTEE
418 ROSS ST
DOWNS KS 67437
*Filed Date:* 06/25/2011

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Admin | | |
| Secured | $10,636.10 (Unliquidated) | $0.00 |
| Priority | | $0.00 |
| Unsecured | | $0.00 |
| Total | $10,636.10 (Unliquidated) | $0.00 |

*Amends Claim No(s):*
*Amended By Claim No:*
Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

Case 11-19342   Doc 180   Filed 08/21/15   Entered 08/21/15 14:14:07   Desc Main
          Document      Page 10 of 12

BNK01
BNK01004

Page 9 of 11
05-Feb-12  9:56 AM

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| Claim No: 31 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: ROBERT & JUDITH GOLDBERG<br>7034 ALEXANDER DRIVE<br>DALLAS TX 75214 | Admin | | |
| | | Secured | $100,000.00 | $0.00 |
| Filed Date:<br>07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $100,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 19 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: RUDOLPH M KLANSECK<br>115 MANSEAU DR<br>FOLSOM CA 95630 | Admin | | |
| | | Secured | $39,055.67 | $0.00 |
| Filed Date:<br>06/30/2011 | | Priority | | $0.00 |
| | | Unsecured | | $0.00 |
| | | Total | $39,055.67 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 10 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: STEPHEN YOUNG<br>10440 CANOE BROOK CIRCLE<br>BOCA RATON FL 33498 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>06/23/2011 | | Priority | | $0.00 |
| | | Unsecured | $5,000.00 (Unliquidated) | $0.00 |
| | | Total | $5,000.00 (Unliquidated) | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 38 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: STEVEN SAFRAN<br>1915 WATERCRESS WAY<br>HIGHLAND PARK IL 60035 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | $50,000.00 | $0.00 |
| | | Total | $50,000.00 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

| Claim No: 22 | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| | Creditor: TASC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2302 INTERNATIONAL DRIVE<br>MADISON WI 53074 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>07/01/2011 | | Priority | | $0.00 |
| | | Unsecured | $105.45 | $0.00 |
| | | Total | $105.45 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01004

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| | | | |
|---|---|---|---|
| **Claim No: 43** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | | |
| | *Creditor:* THE PROPHET CORP DBA GOPHER SPORT<br>C/O GOPHER SPORT<br>PO BOX 998<br>OWATONNA MN 55060 | **Class** / Admin / Secured / Priority / Unsecured / Total | **Amount Claimed** / / / / $540.09 / $540.09 | **Amount Allowed** / / $0.00 / $0.00 / $0.00 / $0.00 |
| *Filed Date:* 05/31/2011 | | | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| | | | |
|---|---|---|---|
| **Claim No: 47** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | | |
| | *Creditor:* THELMA R TASH FAMILY TR<br>C/O RALPH TASH SUCCESSOR TTEE<br>70-800 TAMARISK LANE<br>RANCHO MIRAGE CA 92270 | Class / Admin / Secured / Priority / Unsecured / Total | Amount Claimed / / / / Unliquidated / Unliquidated | Amount Allowed / / $0.00 / $0.00 / $0.00 / $0.00 |
| *Filed Date:* 07/09/2011 | | | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| | | | |
|---|---|---|---|
| **Claim No: 18** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | | |
| | *Creditor:* WELLS FARGO BANK NATIONAL ASSOCIATION<br>(AS MASTER TRUSTEE)<br>C/O SCHIFF HARDIN LLP<br>ATTN: RICK FRIMMER<br>233 S WACKER DRIVE, SUITE 6600<br>CHICAGO IL 60606 | Class / Admin / Secured / Priority / Unsecured / Total | Amount Claimed / / $29,975,795.33 (Unliquidated) / / Unliquidated / $29,975,795.33 (Unliquidated) | Amount Allowed |
| *Filed Date:* 06/30/2011 | | | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:* Potential discrepancy on the face of the claim

| | | | |
|---|---|---|---|
| **Claim No: 33** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | | |
| | *Creditor:* WELLS FARGO BANK, N.A.<br>AS TRUSTEE<br>625 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55479 | Class / Admin / Secured / Priority / Unsecured / Total | Amount Claimed / / / / $50,000.00 / $50,000.00 | Amount Allowed / / $0.00 / $0.00 / $0.00 / $0.00 |
| *Filed Date:* 07/05/2011 | | | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

| | | | |
|---|---|---|---|
| **Claim No: 1** | *Claimed Debtor:* Chicagoland Conservative Jewish High School Foundation | | |
| | *Creditor:* WELLS FARGO FINANCIAL LEASING INC<br>800 WALNUT STREET<br>MAC F4031-050<br>DES MOINES IA 50309 | Class / Admin / Secured / Priority / Unsecured / Total | Amount Claimed / / / / $95,597.09 / $95,597.09 | Amount Allowed / / $0.00 / $0.00 / $0.00 / $0.00 |
| *Filed Date:* 05/12/2011 | | | |
| *Amends Claim No(s):* | | *Amended By Claim No:* | |

*Note:* Expunged By Court Order Dated 12/06/11 (Docket #170)

BNK01
BNK01004

## U.S. Bankruptcy Court - Northern District of Illinois
## Claims Register Report
### 11-19342 Chicagoland Conservative Jewish High School Foundation
General Bar Date: 07/05/11; Gov't Bar Date: 11/01/11

| | Claimed Debtor: Chicagoland Conservative Jewish High School Foundation | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|---|
| Claim No: 27 | Creditor: WILLIAM B & ELINOR W KLINE<br>2040 HONEYSUCKLE CT<br>BOWLING GREEN KY 42104 | Admin | | |
| | | Secured | | $0.00 |
| Filed Date:<br>07/05/2011 | | Priority | | $0.00 |
| | | Unsecured | $24,308.70 | $0.00 |
| | | Total | $24,308.70 | $0.00 |
| | Amends Claim No(s): | Amended By Claim No: | | |

Note: Expunged By Court Order Dated 12/06/11 (Docket #170)